1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ALANIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:24-cv-01266-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2)<br><br>**TWENTY DAY DEADLINE** |

17　　　　Plaintiff Nancy Alaniz filed a complaint on October 10, 2024, seeking judicial review of
18　a final decision of the Commissioner of Social Security denying her application for disability
19　benefits.  Plaintiff did not pay the filing fee in this action and instead filed an application to
20　proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However, the Court
21　cannot determine from the information provided in the application if Plaintiff is entitled to
22　proceed in this action without prepayment of fees.

23　　　　Therefore, Plaintiff shall complete and file an Application to Proceed in District Court
24　Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete
25　and submit the long form application, Plaintiff must pay the filing fee in full.

26　　　　Accordingly, IT IS HEREBY ORDERED that:

27　　　　1.　　　The Clerk of the Court is directed to forward an *in forma pauperis* application
28　　　　　　　　(Long Form) to Plaintiff;

2.      Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and

3.      If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **October 21, 2024**

UNITED STATES MAGISTRATE JUDGE