# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ALANIZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-01266-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 13) |

    Before the Court is the parties' stipulation for a 30-day extension for Plaintiff to file her opening brief in this action seeking judicial review of the Defendant's denial of social security benefits. For good cause shown, the Court approves the stipulation and orders that Plaintiff shall have through March 3, 2025, to file her opening brief. The scheduling order otherwise remains in effect. (ECF No. 8.)

IT IS SO ORDERED.

Dated: **January 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge