# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ALANIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | 1:24-cv-01266-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

On February 28, 2025, the parties filed a stipulation for a four day extension of time from March 3, 2025 to March 7, 2025 for Plaintiff to file her opening brief. (ECF No. 16.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before **March 7, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 8) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **March 4, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1