# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ALANIZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Case No. 1:24-cv-01266-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S BRIEF<br><br>(ECF No. 20) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief to Plaintiff's opening brief in support of reversing, affirming, or modifying a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. For good cause shown, the Court approves the stipulation and orders that Defendant shall have through June 9, 2025, to file a responsive brief. The scheduling order (ECF No. 8) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **March 25, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge